**No. 10-9513. Dukeshane Torres Palk, Petitioner v. Charles M. Harrison, Warden.**

563 U.S. 995, 131 S. Ct. 2458, 179 L. Ed. 2d 1224, 2011 U.S. LEXIS 3642.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9524. Nery Arnoldo Salinas, Petitioner v. Jeffrey Dillman, Warden.**

563 U.S. 996, 131 S. Ct. 2459, 179 L. Ed. 2d 1224, 2011 U.S. LEXIS 3808.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 401 Fed. Appx. 816.

**No. 10-9526. John Ransom, Petitioner v. Percy Conerly, Warden.**

563 U.S. 996, 131 S. Ct. 2459, 179 L. Ed. 2d 1224, 2011 U.S. LEXIS 3738.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9529. James Cooper, Petitioner v. Texas.**

563 U.S. 996, 131 S. Ct. 2459, 179 L. Ed. 2d 1224, 2011 U.S. LEXIS 3755.

May 16, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-9554. Jamie Lamont Jones, Petitioner v. John Lempke, Superintendent, Five Points Correctional Facility.**

563 U.S. 996, 131 S. Ct. 2459, 179 L. Ed. 2d 1224, 2011 U.S. LEXIS 3688.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 403 Fed. Appx. 617.

**No. 10-9564. Brian Lee Flowers, Petitioner v. Minnesota.**

563 U.S. 996, 131 S. Ct. 2460, 179 L. Ed. 2d 1224, 2011 U.S. LEXIS 3689.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Minnesota denied.

Same case below, 788 N.W.2d 120.

**No. 10-9590. Thomas William Hannah, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

563 U.S. 996, 131 S. Ct. 2460, 179 L. Ed. 2d 1224, 2011 U.S. LEXIS 3669.

May 16, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 46 So. 3d 1007.